MILLBROOKS *v.* PYLE, JUDGE OF ST. JOSEPH CIRCUIT COURT.

[No. 0-369. Filed June 15, 1954.]

*George W. Millbrooks, pro se.*

*Hon. Dan Pyle, pro se.*

PER CURIAM—Petitioner seeks an alternative writ of mandamus. The action is not brought in the name of the State of Indiana, nor does the petition comply with Rule 2-35 as to certified copies of the lower court records. See *State ex rel. Ketchum* v. *Marshall* (1952), 231 Ind. 70, 106 N. E. 2d 796.

Petition denied.

NOTE.—Reported in 120 N. E. 2d 175.